IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-mj-01003-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SHEILA COTTONE,

       Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
AGAINST DEFENDANT SHEILA COTTONE**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Sheila Cottone pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On January 22, 2014, an Information was filed which charged defendant Cottone in Count One with violations of 18 U.S.C. § 371 and 21 U.S.C. § 331(d). The Information also sought forfeiture in the form of a personal money judgment against defendant Cottone, pursuant to 21 U.S.C. § 334, 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), in the amount of $20,000.00. (Doc. 1).

On February 5, 2014, the United States and defendant Cottone entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money

judgment under 21 U.S.C. § 334, 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 10).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $20,000.00 is subject to forfeiture as proceeds obtained by defendant Cottone through commission of the offenses in Count One for which the defendant has pled guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Cottone in the amount of $20,000.00 shall be entered in accordance with 21 U.S.C. § 334, 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this _27th_ day of _February_____, 2014.

BY THE COURT:

_____
KRISTEN L. MIX
United States Magistrate Judge

2